■ THE PEOPLE OF THE STATE OF NEW YORK, v. ROBERT MILLS, Defendant.— Motion to transfer trial of case from County Court, St. Lawrence County, to another county pursuant to subdivision 2 of section 344 and section 346 of the Code of Criminal Procedure. Motion is adjourned to March 9, 1959, at 1:00 o'clock in the afternoon at which time counsel are directed

to argue orally before this court. The moving parties should furnish four additional copies of the papers used on the motion on or before March 1, 1959. Present — Foster, P. J., Bergan, Coon, Herlihy and Reynolds, JJ.